# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Sonya Hughes, | : Civil Action No.: 2:14-cv-14944-MOB-MKM |
| Plaintiff, | |
| v. | |
| Everest Receivable Services, Inc., | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Sonya Hughes ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 13, 2015

Respectfully submitted,
By: /s/ Sergei Lemberg
Attorney for Plaintiff Sonya Hughes
LEMBERG LAW L.L.C.
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (888) 953-6237
Email: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 13, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By /s/ Sergei Lemberg_____
                                                    Sergei Lemberg

Case 2:14-cv-14944-MOB-MKM   ECF No. 5   filed 07/13/15   PageID.16   Page 2 of 2